UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00447

**Cordell Moody,**
*Plaintiff,*

v.

**Jan Weesner et al.,**
*Defendants.*

# ORDER

Plaintiff filed this action seeking relief from alleged errors in a proceeding before a justice of the peace. Doc. 1. The case was referred to a magistrate judge, who recommended that the complaint be dismissed with prejudice for failure to state a claim. Doc. 7 at 3. Plaintiff did not file objections to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed with prejudice for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B). Any pending motions are denied as moot.

*So ordered by the court on January 27, 2026.*

J. CAMPBELL BARKER
United States District Judge